IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDA GOLIP,

    Plaintiff,

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

Civil No. 3:22-CV-10836

DISTRICT JUDGE CLELAND

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                United States District Judge

Dated: August 24, 2022